IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIMARE RUSKIN, INC. | : |
| Plaintiff | : |
| v. | : Civil Action No._____ |
| M&M PRODUCE, INC., et al | : |
| Defendants | : |

## MOTION FOR PRELIMINARY INJUNCTION

COMES NOW the Plaintiff, DiMare Ruskin, Inc., and upon the accompanying Declaration of Linda Alexander, the representative of Plaintiff, and the memorandum in support filed herewith, Plaintiff, by undersigned counsel, moves this Court to issue a preliminary injunction under Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant Section 5(c) of the Perishable Agriculture Commodities Act, 7 U.S.C. §499e(c) ("PACA"), by restraining the transfer of any and all trust assets of Defendant, M&M Produce, Inc. ("M&M Produce") up to the amount of $295,330.50 pending the final outcome of this action. Plaintiff further moves the Court to require Defendants to supply to Plaintiff's counsel documentation regarding the assets of Defendant M&M Produce and its related and subsidiary companies and authorizing Plaintiff's counsel to collect outstanding accounts receivable of Defendant M&M Produce to be held in trust pending further order of this Court.

**WHEREFORE**, for the reasons set forth in the accompanying memorandum, Plaintiff respectfully requests that this Court grant its motion for preliminary injunction; enjoin Defendants from violating the trust provisions of the PACA; require Defendants to set aside the sum of $295,330.50 in trust pending further order of this Court; require Defendants to supply to Plaintiff's counsel documentation regarding the assets of Defendant M&M Produce and its

related and subsidiary companies; and authorize Plaintiff's counsel to collect outstanding accounts receivable of Defendant M&M Produce to be held in trust pending further order of this Court.

Dated this 26th day of February, 2015.

BERDON, YOUNG & MARGOLIS, P.C.

By:/s/ Stuart Margolis
Stuart Margolis (ct08803)
350 Orange Street, 2nd Floor
New Haven, CT 06511
Phone: (203) 772-3740
Fax: (203) 492-4444
Email: stuart.margolis@bymlaw.com

McCARRON & DIESS
Louis W. Diess, III
Kate Ellis
Gregory Brown
4530 Wisconsin Ave., NW, Ste. 301
Washington, D.C. 20016
(202) 364-0400
(202) 364-2731 fax
ldiess@mccarronlaw.com
kellis@mccarronlaw.com
gbrown@mccarronlaw.com
Counsel for Plaintiff
Pro Hac Vice Motions forthcoming