UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*****************************************************************

| | | |
|---|---|---|
| FORLIZZI & BIMBER, INC., | * | CIVIL ACTION NO. |
| ARROW FARMS, INC., | * | |
| COMMUNITY-SUFFOLK, INC., | * | |
| J. BONAFEDE CO., INC., | * | |
| JOHN CERASUOLO, INC., | * | |
| S. STROCK & CO. INC., | * | |
| GRANT STANTON PRODUCE COMPANY, INC. | * | **AFFIDAVIT** |
| and COOSEMANS BOSTON, INC., | * | |
| Plaintiffs, | * | |
| VS. | * | |
| M & M PRODUCE, INC. and | * | |
| STEPHEN PORTER, A/K/A STEVEN PORTER | * | |
| AND STEPHEN P. PORTER AND DAVID MAKAS, | * | |
| A/K/A DAVID RUSSELL MAKAS and | * | |
| DAIVD R. MAKAS, each individually, | * | |
| Defendants. | * | |

*****************************************************************

STATE OF NEW YORK  }
                   }ss.:
COUNTY OF NEW YORK }

BRUCE LEVINSON, being duly sworn, deposes and says:

1.    I am an attorney admitted to practice law in the State of New York, and represent Grant Stanton Produce Co. Inc. and Coosemans Boston Inc., entities with claims against the debtor in this proceeding. I submit this affidavit in support of my application to be admitted pro hac vice for purposes of my appearing before this Court in this matter.

1

2. I have been admitted to practice law in the State of New York since 1980, and was admitted to practice law in the United States District Court for the Southern District of New York on April 1, 1981. My bar number there is BL-0749. I am also admitted to practice law in the United States District Court for the Eastern District of New York. I am a current member in good standing of all the foregoing courts.

3. I have never been suspended from the practice of law, denied admission to practice before any court, or censored by any court or administrative body in connection with the practice of law.

4. I am familiar with and will abide by all the rules of this Court.

5. My local counsel in this proceeding will be Stuart Margolis, Esq., a partner in Berdon, Young & Margolis, who is admitted to practice law, and maintains an office for the practice of law, in the State of Connecticut. His office is located at 350 Orange Temple Street, New Haven, CT 06511.

WHEREFORE, it is respectfully requested that I be admitted to practice in this matter pro hac vice.

_____
BRUCE LEVINSON

Sworn to before me this
25th day of February, 2015

_____
Notary Public

SHEILA EYMOLD
Notary Public, State of New York
No. 01EY6053860
Qualified in New York County
Commission Expires Jan. 22, 20__19

2